**SEALED**

**FILED**

March 5, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:        RR
Deputy

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

**Case No: SA:25-CR-00100-OLG**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff**<br><br>v.<br><br>**ALEX THOMAS MILLER**<br><br>**Defendant** | **INDICTMENT**<br><br>**COUNT 1:** 18 U.S.C. § 922(a)(1)(A)<br>Dealing in Firearms Without a License |

THE GRAND JURY CHARGES:

**COUNT ONE
[18 U.S.C. § 922(a)(1)(A)]**

From on or about January 2024 to on or about December 2024, in the Western District of Texas, Defendant,

**ALEX THOMAS MILLER,**

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Section 922(a)(1)(A).

A TRUE BILL

FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: _____

FOR SADE MITCHELL BOGART
Assistant United States Attorney