
**SEALED**

**FILED**

March 5, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:        RR
Deputy

**U.S. Department of Justice**
United States Attorney

# United States District Court
# Western District of Texas

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | **Case No: SA:25-CR-00100-OLG(1)** |
| | ) | |
| ALEX THOMAS MILLER | ) | |
| | ) | |
| | ) | |

## ORDER FOR BENCH WARRANT

It appearing to the Court than an Indictment has been returned against the below named defendant, it is hereby ORDERED that warrant issue for the arrest of said defendant, returnable instanter to the San Antonio Division of this Court.

### Defendant

**ALEX THOMAS MILLER**

ENTERED at San Antonio, Texas, this 5th day of March, 2025.

HENRY J. BEMPORAD
UNITED STATES MAGISTRATE JUDGE

If the Defendant is arrested outside the Western District of Texas, the United States Attorney for the Western District of Texas recommends that Defendant ALEX THOMAS MILLER be released on conditions that include an unsecured bond in the amount of $50,000.